JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiff

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELISA OBREGON PEREZ,

    Plaintiff,

vs.

MICHAEL CHERTOFF, Secretary of Homeland Security, MICHAEL B. MUKASEY, Attorney General,

    Defendants.

Case No. CV 08 2514

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION

1. This action for declaratory and injunctive relief seeks enforcement of the stipulated settlement agreement reached in *American Baptist Churches v Richard Thornburgh*, 760 F.Supp. 796 (N.D. 1991) (hereinafter referred to as, "ABC Settlement Agreement").

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, and 5 U.S.C. §§ 701-706.

3. Plaintiff is a national of Guatemala.

4. Defendant Michael Chertoff is the Secretary of Homeland Security. Defendant Michael B. Mukasey is the Attorney General of the United States.

5. Plaintiff sought benefits and rights under the ABC Settlement Agreement from the U.S.

1

Citizenship and Immigration Services (USCIS), a component of the Department of Homeland Security. On July 27, 2005 a USCIS Asylum Officer found that plaintiff had not registered for benefits as an ABC class member, and was therefore not eligible for benefits under the ABC Settlement Agreement. See Exhibit A.

6. On May 24, 2006 the USCIS issued a notice to appear and initiated removal proceedings against plaintiff. Plaintiff is scheduled for a removal hearing on May 21, 2008. See Exhibit B.

7. On or about March 15, 2007 plaintiff contested the finding that she had not registered for benefits as an ABC class member by presenting evidence to the USCIS Asylum Office that demonstrated timely registration pursuant to the ABC Settlement Agreement. See Exhibit C.

8. The USCIS has not issued a formal response to plaintiff's March 15, 2007 submission and it has not included plaintiff in any of the databases it maintains to record ABC registration.

9. Pursuant to ¶ 35 of the ABC Settlement Agreement plaintiff is entitled to seek enforcement of the ABC Settlement Agreement, including a dispute over membership in the class, in any federal district court.

WHEREFORE, plaintiff prays judgment.

1) Declaring that plaintiff is a registered ABC class member, as defined in 8 C.F.R. § 1240.60.

2) Enjoining the defendants to include plaintiff in an ABC registration database.

3) Awarding plaintiff her costs and reasonable attorney's fees incurred in this action.

4) Granting such other and further relief as may be appropriate.

Dated: May 16, 2008

Respectfully submitted,

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

# EXHIBIT A

U.S. Department of Homeland Security
P.O. Box 77530
San Francisco, CA 94107-0000



U.S. Citizenship
and Immigration
Services

Date: July 27, 2005

Felisa Obregon-Perez
2405 Bryant St. #5
San Francisco, CA 94410

Re: Obregon-Perez, Felisa; A70 551 145

Dear Ms. Obregon-Perez:

This letter is to notify you that the Bureau of Citizenship and Immigration Services (CIS) has found that you are not eligible for benefits of the settlement agreement in *American Baptist Churches v. Thornburgh*, 760 F. Supp. 796 (N.D. Cal. 1991) (*ABC*). *ABC* benefits include protection from removal from the United States prior to an asylum interview and decision by an asylum officer, eligibility to apply for work authorization, and protection from detention in certain cases. To be a member of the *ABC* class, you must be either 1) a national of El Salvador who entered the United States on or before September 19, 1990; or 2) a national of Guatemala who entered the United States on or before October 1, 1990. An *ABC* class member may be eligible for benefits of the settlement agreement only if the class member meets both of the following requirements: 1) the class member properly registered for *ABC* benefits, either directly or, if Salvadoran, by applying for temporary protected status (TPS); and 2) the class member applied for asylum by the applicable filing deadline.

It has been determined that you are not eligible for *ABC* benefits for the following reason (s):

_____ You have not established that you are a member of the *ABC* class.

__X__ There is no credible evidence that you registered for *ABC* benefits, either by filing directly or, if Salvadoran, by applying for TPS.

_____ Although you are a national of El Salvador, you did not apply for asylum on or before January 31, 1996 (with a grace period granted until February 16, 1996).

_____ Although you are a national of Guatemala, you did not apply for asylum on or before January 3, 1995.

**Although you are not eligible for benefits of the *ABC* settlement agreement, you may be able to continue pursuing any asylum application you may have filed under current regulations and procedures.** If you previously were in deportation or exclusion proceedings before an Immigration Judge, or had a case on appeal to the Board of Immigration Appeals or federal district court, those proceedings will be reopened or resumed.

If you were previously ordered deported or excluded from the United States and you have not filed and been granted a motion to reopen, that previous order may be enforced against you and you may be removed from

Rev. 12/18/03

www.uscis.gov

26

the United States. However, you will be given 30 days from the date of this letter to challenge this *ABC* ineligibility determination in federal court. If you have evidence that you are eligible for *ABC* benefits, provide that evidence to this office within 30 days of the date of this letter, and this office may reconsider the determination that you are ineligible for *ABC* benefits. Please include your A-number on any future correspondence with this office.

Sincerely,


(for) Emilia Bardini
Director
San Francisco Asylum Office




X _Felisa Obregón Perez._
  7/27/05

# EXHIBIT B

U.S. Department of Homeland Security
Citizenship and Immigration Services

**Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No.: A070551145

In the Matter of:

Respondent: OBREGON PEREZ, FELISA                                                                  currently residing at:

2405 BRYANT ST APT 5 SAN FRANCISCO, CA 94110-0000                                            000-000-0000
(Number, street, city, state and ZIP code)                                                              (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1) You are not a citizen or national of the United States.
2) You are a native of GUATEMALA and a citizen of GUATEMALA;
3) You entered the United States at or near SAN YSIDRO, CA on or about October 13, 1988;
4) You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212 (a) (6) (A)(i) of the Immigration and Nationality Act (Act), as amended, as an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other than designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

**YOU ARE ORDERED** to appear before an immigration judge of the United States Department of Justice at:

550 KEARNY STREET, SUITE #800, SAN FRANCISCO, CA 94108-0000
(Complete Address of Immigration Court, including Room Number, if any)

on  6/28/06  at  1:30 P.M.  to show why you should not be removed from the United States based on
    (Date)              (Time)
the charge(s) set forth above.

_____, Supervisory Asylum Officer
(Signature and Title of Issuing Officer)

Date: MAY 2 4 2006        SAN FRANCISCO, CA
                          (City and State)

See reverse for important information

Form I-862(Rev. 12/03/03)

### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

Date: _____

_____
(Signature and Title of INS Officer)

### Certificate of Service

This Notice To Appear was served on the respondent by me on _____ , in the following manner and in
(Date)
compliance with section 239(a)(1)(F) of the Act:

[X] in person    [ ] by certified mail, return receipt requested    [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_Melisa Obregón Perez_              _Roeny L. Mikeen_ CIS
(Signature of Respondent if Personally Served)    (Signature and Title of Officer)

asst.

Form I-862 (Rev. 3/22/99)N

U.S. DEPARTMENT OF JUSTICE
IMMIGRATION COURT
120 Montgomery Street, Suite 800
San Francisco, CA 94104

RE: Obregon Perez,   FILE A# 70-551-145

TO: Respondent / Counsel   Felisa

## NOTICE OF HEARING IN REMOVAL PROCEEDINGS

Please take notice that the above captioned case has been scheduled for a (Regular / Master) Hearing before an Immigration Judge on May 24, 2008 at 8:00 (AM / PM) at

120 MONTGOMERY STREET, 8TH FLOOR,   Courtroom 7
SAN FRANCISCO, CA 94104

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:

1. You may be taken into custody by the Immigration and Naturalization Service and held for further action.
2. Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and convincing evidence that a) this notice was provided to you or your attorney and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT, SAN FRANCISCO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERY TIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE, BY FILING THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU, AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free Legal Service Providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180.

### CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:   [ ] MAIL   [✓] PERSONAL SERVICE
TO:   [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [✓] ALIEN's ATTY/REP   [✓] DHS
DATE   4-29-08   BY: COURT STAFF
Attachments [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Application: _____   Due By: _____

Application: 4-29-08   on file with Court.   Clock Stopped? YES / NO / NA

0004F/LSG/vtp

# EXHIBIT C

**LAW OFFICES OF
JONATHAN KAUFMAN**
220 Montgomery Street, Suite 976
San Francisco, CA 94104
(415) 956-4765; Fax: 956-1664

Jonathan M. Kaufman
Marcela Chauvet

March 15, 2007

Officer Laurie Robinson
United States Citizenship and Immigration Services
San Francisco Asylum Office
P.O. Box 77530,
San Francisco, CA 94107

Re:   *Felisa Obregon-Perez   A70 551 145*

Dear Officer Robinson:

I am the attorney for Ms. Felisa Obregon-Perez. My G-28 is attached.

Ms. Obregon-Perez was interviewed in conjunction with her ABC eligibility on July 27, 2005. The asylum office found that there was not credible evidence of registration for that program. Ms. Obregon was later interviewed for asylum on May 1, 2006, and her case referred to the immigration court in San Francisco. She is scheduled for a merits hearing before Honorable Judge Loretto Geisse on April 16, 2007.

Ms. Obregon-Perez registered for ABC in 1991 (See attached declaration and supporting letter from Reverend Gabriel Flores). In light of the guidelines issued by Director Joseph Langlois on his memo of June, 2006, regarding interviewing individuals regarding ABC eligibility, it is requested that Ms. Obregon-Perez's ABC eligibility be re-assessed by the asylum office. If my client is found to be an ABC class member eligible to apply for NACARA, we will ask the Office of the Chief Counsel for the Department of Homeland Security to join in a motion to terminate the removal proceedings without prejudice.

Thank you for your attention to this matter. Please contact me if you have any questions regarding this matter.

Yours Truly,

Marcela Chauvet, Esq.

U.S. Department of Justice  
Immigration and Naturalization Service

Notice of Entry of Appearance as Attorney or Representative

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: Felisa OBREGON-PEREZ  
Date: 05/31/2006  
File No. A70 551 195

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

Name: Felisa OBREGON-PEREZ  
☐ Petitioner ☒ Applicant ☐ Beneficiary  
Address: Apt. 5, 2405 Bryant Street, San Francisco, CA 94110

Name:  
☐ Petitioner ☐ Applicant ☐ Beneficiary  
Address:

Check applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia  
California — California Supreme Court  
Name of Court  
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____  
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others-(Explain fully.)

SIGNATURE: [signature]  
NAME (Type or Print): Marcela I. Chauvet  

COMPLETE ADDRESS:  
Kaufman Law Office  
220 Montgomery Street, Suite 976  
San Francisco   CA   94104  
TELEPHONE NUMBER: (415) 956-4616    (415) 956-1664

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:  
Alan M. Kaufman, Jonathan Kaufman, David J. Kaufman or Marcela Chauvet  

(Name of Attorney or Representative)  
THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:  
Any Matter before DHS

Name of Person Consenting: Felisa OBREGON-PEREZ  
Signature of Person Consenting: x Felisa Obregon Perez  
Date: 05/31/2006

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

## Declaration of Felisa Obregon-Perez A70 551 145

I, Felisa Obregon-Perez, hereby declare:

I reside at 2405 Bryant Street, Apt. 5, San Francisco, CA.

I entered the United States without inspection in October 1988. I have never left since then.

In 1991 I registered for ABC in a church in San Francisco. I was a member of St. Anthony's Church, and was advised that I should register to the program by signing a form that someone completed and mailed on my behalf.

I applied for asylum in 1992.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and this affidavit was executed on March 2, 2007 at San Francisco, California.

*Felisa Obregon P.*
Felisa Obregon-Perez



# St. Anthony's Church
### Immaculate Conception Chapel
3215 Cesar Chavez St.
San Francisco, CA 94110
Tel. 415 647-2704 Fax No. 415.647.7282

July 12, 2006

To Whom It May Concern:

The purpose of this letter is to certify that Felisa Obregon Perez has participated through out the register dates of the ABC program in the years 1990 and 1991 and as a member here at St. Anthony's.

Knowing the need for the parishioners of having to be aware of the ABC program and they needed to register we offered a place in our church so they could use it to help the people and at the same time to fill out the application for the program mention above. She was one of many who participated in this program. The program was offered by Catholic Charities of San Francisco.

She has been an active member and very loyal to the community of Mission Dolores and here St. Anthony church, by participating in several activities like sewing other services since 1992.

Mrs. Obregon Perez resides at 2405 Bryant St. Apt. #5 San Francisco, CA 94110.

Please do not hesitate to call the above number, if you have question.

Sincerely yours in Christ,

Rev. Gabriel Flores
Pastor

Church's Seal

*"Haec est Domus Domini Firmiter Aedificata"* - 1893