```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELISA OBREGON PEREZ, ) | No. C 08-2514 JCS |
|         Plaintiff, ) | |
| v. ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of ) Homeland Security, *et al.*, ) | |
|         Defendants. ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services found that Plaintiff is a member eligible for benefits under the settlement agreement in *American Baptist Churches v. Thornburgh*, 760 F. Supp.796 (N.D. Cal. 1991) (ABC).

///

///

///

///

///

Stipulation to Dismiss
C08-2514 JCS                            1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: June 5, 2008               Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
ILA C. DEISS[1]
6 | Assistant United States Attorney
Attorneys for Defendants

8 | Dated: June 5, 2008               _____/s/_____
JONATHAN M. KAUFMAN
9 | Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 10, 2008
_____
JOSEPH C. SPERO
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C08-2514 JCS                              2